Hon. Walter C. Woodward, Page 14

no law hereinafter enacted shall apply to them unless they be especially designated therein. The name "fraternal benefit society" is not contained in House Bill 373. The term "Masons or Masonic" does not appear in House Bill 373.

Therefore, you are respectfully advised that it is the opinion of this department that your three questions should each be answered in the negative.

Trusting that this answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By ~~[signature]~~

Wm. J. Fanning
Assistant

APPROVED
OPINION
COMMITTEE

BY [signature]
CHAIRMAN

WJF:AW

APPROVED JUN 29, 1939

[signature: Gerald C. Mann]

ATTORNEY GENERAL OF TEXAS